| DAVID A. ROBINSON, ESQ. | SBN: 107613 | FOR COURT USE ONLY |
|---|---|---|
| ENTERPRISE COUNSEL GROUP | | |
| 3 Park Plaza, Suite 1400  Irvine, CA 92614 | | |
| Attorney For: PLAINTIFFS | | |
| TELEPHONE NO.: (949) 833-8550   FAX NO. (Optional): | | |
| E-MAIL ADDRESS (Optional): | | |

DISTRICT COURT, LARIMER COUNTY, SATE OF COLORADO
STREET ADDRESS: 201 LAPORTE AVE., SUITE 100
MAILING ADDRESS:
CITY AND ZIP CODE: FORT COLLINS, CO 80521
BRANCH NAME:

DATE FILED: November 15, 2017 12:56 PM
FILING ID: 77CAD3218E0E2
CASE NUMBER: 2017CV30940

Plaintiff: MCWHINNEY HOLDING COMPANY, ETC., ET AL.
Defendant: G. DAN POAG, AN INDIVIDUAL, ET AL.

CASE NUMBER:

| PROOF OF SERVICE | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: 31184823M1T |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**DISTRICT COURT CIVIL SUMMONS; COMPLAINT; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**

PARTY SERVED: **D. MARK POAG, AN INDIVIDUAL ACTING AS CO-TRUSTEE OF THE MARK AND CHLOEE POAG 2004-GST EXEMPT TRUST**

DATE & TIME OF DELIVERY: **11/07/2017 08:00 pm**

ADDRESS, CITY, AND STATE: **2028 BOLSOVER ST. HOUSTON, TX 77005**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service:
County:
Registration No.: SCH10081
ASAP Legal, LLC
404 West 4th St., Suite B
Santa Ana, CA 92701
(714) 543-5100
Ref: 31184823M1T

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 9, 2017**.

Signature: _____
GARY HODGES (TEXAS PROCESS SERVER)

**PROOF OF SERVICE**

982(a)(23)

EXHIBIT B

| | | |
|---|---|---|
| DAVID A. ROBINSON, ESQ.<br>ENTERPRISE COUNSEL GROUP<br>3 Park Plaza, Suite 1400  Irvine, CA 92614<br>Attorney For: PLAINTIFFS | SBN: 107613 | FOR COURT USE ONLY |
| TELEPHONE NO.: (949) 833-8550           FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): | | |
| DISTRICT COURT, LARIMER COUNTY, SATE OF COLORADO<br>STREET ADDRESS: 201 LAPORTE AVE., SUITE 100<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: FORT COLLINS, CO 80521<br>BRANCH NAME: | DATE FILED: November 15, 2017 12:56 PM<br>FILING ID: 77CADB218E0E2<br>CASE NUMBER: 2017CV30940 | |
| Plaintiff: MCWHINNEY HOLDING COMPANY, ETC., ET AL.<br>Defendant: G. DAN POAG, AN INDIVIDUAL, ET AL. | | CASE NUMBER: |
| **PROOF OF SERVICE** | HEARING DATE:    DAY:    TIME:    DEPT.: | Ref No. or File No.:<br>31184824M1T |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**DISTRICT COURT CIVIL SUMMONS; COMPLAINT; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**

PARTY SERVED:    D. MARK POAG, AN INDIVIDUAL ACTING AS CO-TRUSTEE OF THE MARK AND DAN POAG 2004-GST EXEMPT TRUST

DATE & TIME OF DELIVERY:    11/07/2017
08:00 pm

ADDRESS, CITY, AND STATE:    2028 BOLSOVER ST.
HOUSTON, TX 77005

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service:
County:
Registration No.: SCH10081
ASAP Legal, LLC
404 West 4th St., Suite B
Santa Ana, CA 92701
(714) 543-5100
Ref: 31184824M1T

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 9, 2017**.

Signature: _____
GARY HODGES (TEXAS PROCESS SERVER)

**PROOF OF SERVICE**

982(a)(23)                                                                                                                    Order#: 31184824/General

| DAVID A. ROBINSON, ESQ.<br>ENTERPRISE COUNSEL GROUP<br>3 Park Plaza, Suite 1400  Irvine, CA 92614<br>Attorney For: PLAINTIFFS | SBN: 107613 | FOR COURT USE ONLY |
|---|---|---|
| TELEPHONE NO.: (949) 833-8550   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): | | |
| DISTRICT COURT, LARIMER COUNTY, SATE OF COLORADO<br>STREET ADDRESS: 201 LAPORTE AVE., SUITE 100<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: FORT COLLINS, CO 80521<br>BRANCH NAME: | DATE FILED: November 15, 2017 12:56 PM<br>FILING ID: 77CAD3218E0E2<br>CASE NUMBER: 2017CV30940 | |
| Plaintiff: MCWHINNEY HOLDING COMPANY, ETC., ET AL. | | |
| Defendant: G. DAN POAG, AN INDIVIDUAL, ET AL. | | CASE NUMBER: |
| **PROOF OF SERVICE** | HEARING DATE:  DAY:  TIME:  DEPT.: | Ref No. or File No.:<br>31184808M1T |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**DISTRICT COURT CIVIL SUMMONS; COMPLAINT; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**

PARTY SERVED: G. DAN POAG, AN INDIVIDUAL
DATE & TIME OF DELIVERY: 11/07/2017
08:01 pm
ADDRESS, CITY, AND STATE: 4275 GWYNNE RD.
MEMPHIS, TN 38117

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Sworn to & subscribed before me
this _13th_
Day of _Nov_, 20_17_,

_Evie Rutledge_
NOTARY PUBLIC

(Seal: EVIE A RUTLEDGE, RUTHERFORD COUNTY, STATE OF TENNESSEE, NOTARY PUBLIC)

Fee for Service:
County:
Registration No.:
ASAP Legal, LLC
404 West 4th St., Suite B
Santa Ana, CA 92701
(714) 543-5100
Ref: 31184808M1T

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 9, 2017**.

Signature: _James D. Grady_
JAMES GRADY

**PROOF OF SERVICE**

982(a)(23)   Order#: 31184808/General

| DAVID A. ROBINSON, ESQ.<br>ENTERPRISE COUNSEL GROUP<br>3 Park Plaza, Suite 1400 Irvine, CA 92614<br>Attorney For: PLAINTIFFS | SBN: 107613 | FOR COURT USE ONLY |
|---|---|---|
| TELEPHONE NO.: (949) 833-8550   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): | | |
| DISTRICT COURT, LARIMER COUNTY, SATE OF COLORADO<br>STREET ADDRESS: 201 LAPORTE AVE., SUITE 100<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: FORT COLLINS, CO 80521<br>BRANCH NAME: | DATE FILED: November 15, 2017 12:56 PM<br>FILING ID: 77CAD3218E0E2<br>CASE NUMBER: 2017CV30940 | |
| Plaintiff: MCWHINNEY HOLDING COMPANY, ETC., ET AL.<br>Defendant: G. DAN POAG, AN INDIVIDUAL, ET AL. | | CASE NUMBER: |
| **PROOF OF SERVICE** | HEARING DATE:  DAY:  TIME:  DEPT.: | Ref No. or File No.:<br>31184818M1T |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**DISTRICT COURT CIVIL SUMMONS; COMPLAINT; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**

PARTY SERVED: **JEREMY M. POAG, AN INDIVIDUAL ACTING AS CO-TRUSTEE OF THE JEREMY AND CHLOEE POAG 2004-GST EXEMPT TRUST**

DATE & TIME OF DELIVERY: **11/07/2017 06:02 pm**

ADDRESS, CITY, AND STATE: **1700 E. MADISON ST., APT 611 SEATLE, WA 98122**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service:
County:
Registration No.:
ASAP Legal, LLC
404 West 4th St., Suite B
Santa Ana, CA 92701
(714) 543-5100
Ref: 31184818M1T

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 9, 2017**.

Signature: _____
PAUL G. TURPEN

**PROOF OF SERVICE**

982(a)(23)   Order#: 31184818/General

| | | |
|---|---|---|
| DAVID A. ROBINSON, ESQ.<br>ENTERPRISE COUNSEL GROUP<br>3 Park Plaza, Suite 1400  Irvine, CA 92614<br>Attorney For: PLAINTIFFS | SBN: 107613 | FOR COURT USE ONLY |
| TELEPHONE NO.: (949) 833-8550   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): | | |
| DISTRICT COURT, LARIMER COUNTY, SATE OF COLORADO<br>STREET ADDRESS: 201 LAPORTE AVE., SUITE 100<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: FORT COLLINS, CO 80521<br>BRANCH NAME: | DATE FILED: November 15, 2017 12:56 PM<br>FILING ID: 77CAD3218E0E2<br>CASE NUMBER: 2017CV30940 | |
| Plaintiff: MCWHINNEY HOLDING COMPANY, ETC., ET AL. | | |
| Defendant: G. DAN POAG, AN INDIVIDUAL, ET AL. | | CASE NUMBER: |

| PROOF OF SERVICE | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.:<br>31184822M1T |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**DISTRICT COURT CIVIL SUMMONS; COMPLAINT; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**

PARTY SERVED:       JEREMY M. POAG, AN INDIVIDUAL ACTING AS CO-TRUSTEE OF THE JEREMY
                    AND DAN POAG 2004-GST EXEMPT TRUST

DATE & TIME OF DELIVERY:   11/07/2017
                           06:02 pm

ADDRESS, CITY, AND STATE:  1700 E. MADISON ST., APT 611
                           SEATLE, WA 98122

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service:
County:
Registration No.:
ASAP Legal, LLC
404 West 4th St., Suite B
Santa Ana, CA 92701
(714) 543-5100
Ref: 31184822M1T

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 9, 2017**.

Signature: _____
                    PAUL G. TURPEN

**PROOF OF SERVICE**

982(a)(23)

Order#: 31184822/General

| DAVID A. ROBINSON, ESQ.<br>ENTERPRISE COUNSEL GROUP<br>3 Park Plaza, Suite 1400  Irvine, CA 92614<br>Attorney For: PLAINTIFFS | SBN: 107613 | FOR COURT USE ONLY |
|---|---|---|
| TELEPHONE NO.: (949) 833-8550    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): | | |
| DISTRICT COURT, LARIMER COUNTY, SATE OF COLORADO<br>STREET ADDRESS: 201 LAPORTE AVE., SUITE 100<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: FORT COLLINS, CO 80521<br>BRANCH NAME: | DATE FILED: November 15, 2017 12:56 PM<br>FILING ID: 77CAD3218E0E2<br>CASE NUMBER: 2017CV30940 | |
| Plaintiff: MCWHINNEY HOLDING COMPANY, ETC., ET AL.<br>Defendant: G. DAN POAG, AN INDIVIDUAL, ET AL. | | CASE NUMBER: |

| PROOF OF SERVICE | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.:<br>31184811M1T |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**DISTRICT COURT CIVIL SUMMONS; COMPLAINT; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**

PARTY SERVED:   JOSHUA D. POAG, AN INDIVIDUAL
DATE & TIME OF DELIVERY:   11/07/2017
                           08:34 pm
ADDRESS, CITY, AND STATE:   218 TUCKAHOE LN.
                            MEMPHIS, TN 38117

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Sworn to & subscribed before me
13th
Nov , 2017
Evie Rutledge
NOTARY PUBLIC

Fee for Service:
County:
Registration No.:
ASAP Legal, LLC
404 West 4th St., Suite B
Santa Ana, CA 92701
(714) 543-5100
Ref: 31184811M1T

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 9, 2017**.

Signature: James D. Grady
JAMES GRADY

**PROOF OF SERVICE**

982(a)(23)                                                              Order#: 31184811/General

| DAVID A. ROBINSON, ESQ.<br>ENTERPRISE COUNSEL GROUP<br>3 Park Plaza, Suite 1400  Irvine, CA 92614<br>Attorney For: PLAINTIFFS | SBN: 107613 | FOR COURT USE ONLY |
|---|---|---|
| TELEPHONE NO.: (949) 833-8550  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): | | |
| DISTRICT COURT, LARIMER COUNTY, SATE OF COLORADO<br>STREET ADDRESS: 201 LAPORTE AVE., SUITE 100<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: FORT COLLINS, CO 80521<br>BRANCH NAME: | DATE FILED: November 15, 2017 12:56 PM<br>FILING ID: 77CAD3218E0E2<br>CASE NUMBER: 2017CV30940 | |
| Plaintiff: MCWHINNEY HOLDING COMPANY, ETC., ET AL. | | |
| Defendant: G. DAN POAG, AN INDIVIDUAL, ET AL. | | CASE NUMBER: |
| **PROOF OF SERVICE** | HEARING DATE:  DAY:  TIME:  DEPT.: | Ref No. or File No.:<br>31184813M1T |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**DISTRICT COURT CIVIL SUMMONS; COMPLAINT; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**

PARTY SERVED: **JOSHUA D. POAG, AN INDIVIDUAL ACTING AS CO-TRUSTEE OF THE JOSH AND CHLOEE POAG 2004-GST EXEMPT TRUST**

DATE & TIME OF DELIVERY: **11/07/2017**
**08:34 pm**

ADDRESS, CITY, AND STATE: **218 TUCKAHOE LN.**
**MEMPHIS, TN 38117**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Sworn to & subscribed before me this _13th_ Day of _nov_, 2017,

_Evie Rutledge_
NOTARY PUBLIC

[Notary Seal: EVIE A RUTLEDGE, STATE OF TENNESSEE NOTARY PUBLIC, RUTHERFORD COUNTY]

Fee for Service:
County:
Registration No.:
**ASAP Legal, LLC**
**404 West 4th St., Suite B**
**Santa Ana, CA 92701**
**(714) 543-5100**
**Ref: 31184813M1T**

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 9, 2017**.

Signature: _James D. Grady_
JAMES GRADY

**PROOF OF SERVICE**

982(a)(23)  Order#: 31184813/General

| DAVID A. ROBINSON, ESQ.<br>ENTERPRISE COUNSEL GROUP<br>3 Park Plaza, Suite 1400  Irvine, CA 92614<br>Attorney For: PLAINTIFFS | SBN: 107613 | FOR COURT USE ONLY |
|---|---|---|
| TELEPHONE NO.: (949) 833-8550　　FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): | | |
| DISTRICT COURT, LARIMER COUNTY, SATE OF COLORADO<br>STREET ADDRESS: 201 LAPORTE AVE., SUITE 100<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: FORT COLLINS, CO 80521<br>BRANCH NAME: | DATE FILED: November 15, 2017 12:56 PM<br>FILING ID: 77CAD3218E0E2<br>CASE NUMBER: 2017CV30940 | |
| Plaintiff: MCWHINNEY HOLDING COMPANY, ETC., ET AL. | | |
| Defendant: G. DAN POAG, AN INDIVIDUAL, ET AL. | | CASE NUMBER: |
| **PROOF OF SERVICE** | HEARING DATE:　DAY:　TIME:　DEPT.: | Ref No. or File No.:<br>31184815M1T |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**DISTRICT COURT CIVIL SUMMONS; COMPLAINT; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**

　　PARTY SERVED:　　**JOSHUA D. POAG, AN INDIVIDUAL ACTING AS CO-TRUSTEE OF THE JOSH AND DAN POAG 2004-GST EXEMPT TRUST**

　　DATE & TIME OF DELIVERY:　**11/07/2017**
　　　　　　　　　　　　　　　　**08:34 pm**

　　ADDRESS, CITY, AND STATE:　**218 TUCKAHOE LN.**
　　　　　　　　　　　　　　　　**MEMPHIS, TN 38117**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Sworn to & subscribed before me
this _13th_
Day of _Nov_, 20 _17_,

_Evie Rutledge_
NOTARY PUBLIC

Fee for Service:
County:
Registration No.:
ASAP Legal, LLC
404 West 4th St., Suite B
Santa Ana, CA 92701
(714) 543-5100
Ref: 31184815M1T

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 9, 2017.**

Signature: _James D. Grady_
JAMES GRADY

**PROOF OF SERVICE**

982(a)(23)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Order#: 31184815/General

| DAVID A. ROBINSON, ESQ.<br>ENTERPRISE COUNSEL GROUP<br>3 Park Plaza, Suite 1400  Irvine, CA 92614<br>Attorney For: PLAINTIFFS | SBN: 107613 | FOR COURT USE ONLY |
|---|---|---|
| TELEPHONE NO.: (949) 833-8550    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): | | |
| DISTRICT COURT, LARIMER COUNTY, SATE OF COLORADO<br>STREET ADDRESS: 201 LAPORTE AVE., SUITE 100<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: FORT COLLINS, CO 80521<br>BRANCH NAME: | DATE FILED: November 15, 2017 12:56 PM<br>FILING ID: 77CAD3218E0E2<br>CASE NUMBER: 2017CV30940 | |
| Plaintiff: MCWHINNEY HOLDING COMPANY, ETC., ET AL. | | |
| Defendant: G. DAN POAG, AN INDIVIDUAL, ET AL. | | CASE NUMBER: |

| PROOF OF SERVICE | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.:<br>31184826M1T |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**DISTRICT COURT CIVIL SUMMONS; COMPLAINT; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**

PARTY SERVED: **POAG & MCEWEN LIFESTYLE CENTERS - CENTERRA, LLC, A DELAWARE LIMITED LIABILITY COMPANY**

PERSON SERVED: **NATIONAL REGISTERED AGENTS, INC., AGENT FOR SERVICE OF PROCESS - BY LEAVING DOCUMENTS WITH FRANCES BURRIS, PROCESS SPECIALIST, AUTHORIZED TO ACCEPT SERVICE**

DATE & TIME OF DELIVERY: **11/08/2017 02:15 pm**

ADDRESS, CITY, AND STATE: **160 GREENTREE DR., SUITE 101 DOVER, DE 19904**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service:
County:
Registration No.:
**ASAP Legal, LLC
404 West 4th St., Suite B
Santa Ana, CA 92701
(714) 543-5100
Ref: 31184826M1T**

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 9, 2017.**

Signature: _____
GRANFILLE MORRIS

**PROOF OF SERVICE**

982(a)(23)    Order#: 31184826/General

| | | |
|---|---|---|
| DAVID A. ROBINSON, ESQ.<br>ENTERPRISE COUNSEL GROUP<br>3 Park Plaza, Suite 1400  Irvine, CA 92614<br>Attorney For: PLAINTIFFS | SBN: 107613 | FOR COURT USE ONLY |
| TELEPHONE NO.: (949) 833-8550   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): | | |
| DISTRICT COURT, LARIMER COUNTY, SATE OF COLORADO<br>STREET ADDRESS: 201 LAPORTE AVE., SUITE 100<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: FORT COLLINS, CO 80521<br>BRANCH NAME: | DATE FILED: November 15, 2017 12:56 PM<br>FILING ID: 77CAD3218E0E2<br>CASE NUMBER: 2017CV30940 | |
| Plaintiff: MCWHINNEY HOLDING COMPANY, ETC., ET AL.<br>Defendant: G. DAN POAG, AN INDIVIDUAL, ET AL. | | CASE NUMBER: |
| **PROOF OF SERVICE** | HEARING DATE:   DAY:   TIME:   DEPT.: | Ref No. or File No.:<br>31184827M1T |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**DISTRICT COURT CIVIL SUMMONS; COMPLAINT; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**

PARTY SERVED: **POAG & MCEWEN LIFESTYLE CENTERS, LLC, A DELAWARE LIMITED LIABILITY COMPANY**

PERSON SERVED: **NATIONAL REGISTERED AGENTS, INC., AGENT FOR SERVICE OF PROCESS - BY LEAVING DOCUMENTS WITH FRANCES BURRIS, PROCESS SPECIALIST, AUTHORIZED TO ACCEPT SERVICE**

DATE & TIME OF DELIVERY: **11/08/2017
02:15 pm**

ADDRESS, CITY, AND STATE: **160 GREENTREE DR., SUITE 101
DOVER, DE 19904**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service:
County:
Registration No.:
ASAP Legal, LLC
404 West 4th St., Suite B
Santa Ana, CA 92701
(714) 543-5100
Ref: 3184827M1T

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 9, 2017.**

Signature: _____
GRANFILLE MORRIS

**PROOF OF SERVICE**

982(a)(23)                                                                                       Order#: 31184827/General

| DAVID A. ROBINSON, ESQ.<br>ENTERPRISE COUNSEL GROUP<br>3 Park Plaza, Suite 1400  Irvine, CA 92614<br>Attorney For: PLAINTIFFS | SBN: 107613 | FOR COURT USE ONLY |
|---|---|---|
| TELEPHONE NO.: (949) 833-8550   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): | | |
| DISTRICT COURT, LARIMER COUNTY, SATE OF COLORADO<br>STREET ADDRESS: 201 LAPORTE AVE., SUITE 100<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: FORT COLLINS, CO 80521<br>BRANCH NAME: | DATE FILED: November 15, 2017 12:56 PM<br>FILING ID: 77CAD3218E0E2<br>CASE NUMBER: 2017CV30940 | |
| Plaintiff: MCWHINNEY HOLDING COMPANY, ETC., ET AL. | | CASE NUMBER: |
| Defendant: G. DAN POAG, AN INDIVIDUAL, ET AL. | | |

| PROOF OF SERVICE | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.:<br>31184826M1T |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**DISTRICT COURT CIVIL SUMMONS; COMPLAINT; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**

PARTY SERVED:  **POAG & MCEWEN LIFESTYLE SHOPPING CENTERS, LLC, A DELAWARE LIMITED LIABILITY COMPANY**

PERSON SERVED:  **NATIONAL REGISTERED AGENTS, INC., AGENT FOR SERVICE OF PROCESS - BY LEAVING DOCUMENTS WITH FRANCES BURRIS, PROCESS SPECIALIST, AUTHORIZED TO ACCEPT SERVICE**

DATE & TIME OF DELIVERY:  11/08/2017
02:15 pm

ADDRESS, CITY, AND STATE:  **160 GREENTREE DR., SUITE 101
DOVER, DE 19904**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service:
County:
Registration No.:
ASAP Legal, LLC
404 West 4th St., Suite B
Santa Ana, CA 92701
(714) 543-5100
Ref: 31184826M1T

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 9, 2017.**

Signature: _____
GRANFILLE MORRIS

**PROOF OF SERVICE**

982(a)(23)

Order#: 31184836/General

| DAVID A. ROBINSON, ESQ.<br>ENTERPRISE COUNSEL GROUP<br>3 Park Plaza, Suite 1400 Irvine, CA 92614<br>Attorney For: PLAINTIFFS | SBN: 107613 | FOR COURT USE ONLY |
|---|---|---|
| TELEPHONE NO.: (949) 833-8550  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): | | |
| DISTRICT COURT, LARIMER COUNTY, SATE OF COLORADO<br>STREET ADDRESS: 201 LAPORTE AVE., SUITE 100<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: FORT COLLINS, CO 80521<br>BRANCH NAME: | DATE FILED: November 15, 2017 12:56 PM<br>FILING ID: 77CAD3218E0E2<br>CASE NUMBER: 2017CV30940 | |
| Plaintiff: MCWHINNEY HOLDING COMPANY, ETC., ET AL. | | |
| Defendant: G. DAN POAG, AN INDIVIDUAL, ET AL. | | CASE NUMBER: |
| **PROOF OF SERVICE** | HEARING DATE:  DAY:  TIME:  DEPT.: | Ref No. or File No.:<br>31184812M1T |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**DISTRICT COURT CIVIL SUMMONS; COMPLAINT; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**

PARTY SERVED: **POAG BROTHERS, LLC, A TENNESSEE LIMITED LIABILITY COMPANY**

PERSON SERVED: **JOSHUA D. POAG - AGENT FOR SERVICE OF PROCESS**

DATE & TIME OF DELIVERY: **11/07/2017 08:34 pm**

ADDRESS, CITY, AND STATE: **218 TUCKAHOE LN. MEMPHIS, TN 38117**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Sworn to & subscribed before me this _13th_ Day of _nov_, 20_17_,

_Evie Rutledge_
NOTARY PUBLIC

[Notary Seal: EVIE A RUTLEDGE, STATE OF TENNESSEE NOTARY PUBLIC, RUTHERFORD COUNTY]

Fee for Service:
County:
Registration No.:
**ASAP Legal, LLC
404 West 4th St., Suite B
Santa Ana, CA 92701
(714) 543-5100
Ref: 31184812M1T**

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 9, 2017**.

Signature: _James D. Grady_
JAMES GRADY

**PROOF OF SERVICE**

982(a)(23)  Order#: 31184812/General

| | | |
|---|---|---|
| DAVID A. ROBINSON, ESQ.<br>ENTERPRISE COUNSEL GROUP<br>3 Park Plaza, Suite 1400 Irvine, CA 92614<br>Attorney For: PLAINTIFFS | SBN: 107613 | FOR COURT USE ONLY |
| TELEPHONE NO.: (949) 833-8550 | FAX NO. (Optional): | |
| E-MAIL ADDRESS (Optional): | | |

DISTRICT COURT, LARIMER COUNTY, SATE OF COLORADO
STREET ADDRESS: 201 LAPORTE AVE., SUITE 100
MAILING ADDRESS:
CITY AND ZIP CODE: FORT COLLINS, CO 80521
BRANCH NAME:

DATE FILED: November 15, 2017 12:56 PM
FILING ID: 77CAD3218E0E2
CASE NUMBER: 2017CV30940

Plaintiff: MCWHINNEY HOLDING COMPANY, ETC., ET AL.

Defendant: G. DAN POAG, AN INDIVIDUAL, ET AL.

CASE NUMBER:

**PROOF OF SERVICE**

| HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.:<br>31184828M1T |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**DISTRICT COURT CIVIL SUMMONS; COMPLAINT; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**

PARTY SERVED: POAG LIFESTYLE CENTERS, LLC, A DELAWARE LIMITED LIABILTIY COMPANY

PERSON SERVED: NATIONAL REGISTERED AGENTS, INC., AGENT FOR SERVICE OF PROCESS - BY LEAVING DOCUMENTS WITH FRANCES BURRIS, PROCESS SPECIALIST, AUTHORIZED TO ACCEPT SERVICE

DATE & TIME OF DELIVERY: 11/08/2017
02:15 pm

ADDRESS, CITY, AND STATE: 160 GREENTREE DR., SUITE 101
DOVER, DE 19904

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service:
County:
Registration No.:
ASAP Legal, LLC
404 West 4th St., Suite B
Santa Ana, CA 92701
(714) 543-5100
Ref: 31184828M1T

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 9, 2017.**

Signature: _____
GRANFILLE MORRIS

**PROOF OF SERVICE**

982(a)(23)

Order#: 31184828/General

| DAVID A. ROBINSON, ESQ.<br>ENTERPRISE COUNSEL GROUP<br>3 Park Plaza, Suite 1400 Irvine, CA 92614<br>Attorney For: PLAINTIFFS | SBN: 107613 | FOR COURT USE ONLY |
|---|---|---|
| TELEPHONE NO.: (949) 833-8550    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): | | |
| DISTRICT COURT, LARIMER COUNTY, SATE OF COLORADO<br>STREET ADDRESS: 201 LAPORTE AVE., SUITE 100<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: FORT COLLINS, CO 80521<br>BRANCH NAME: | DATE FILED: November 15, 2017 12:56 PM<br>FILING ID: 77CAD3218E0E2<br>CASE NUMBER: 2017CV30940 | |
| Plaintiff: MCWHINNEY HOLDING COMPANY, ETC., ET AL. | | |
| Defendant: G. DAN POAG, AN INDIVIDUAL, ET AL. | | CASE NUMBER: |

| **PROOF OF SERVICE** | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.:<br>31184829M1T |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**DISTRICT COURT CIVIL SUMMONS; COMPLAINT; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**

PARTY SERVED:       POAG SHOPPING CENTERS, LLC, A DELAWARE LIMITED LIABILITY COMPANY

PERSON SERVED:      NATIONAL REGISTERED AGENTS, INC., AGENT FOR SERVICE OF PROCESS - BY LEAVING DOCUMENTS WITH FRANCES BURRIS, PROCESS SPECIALIST, AUTHORIZED TO ACCEPT SERVICE

DATE & TIME OF DELIVERY:    11/08/2017
                            02:15 pm

ADDRESS, CITY, AND STATE:   160 GREENTREE DR., SUITE 101
                            DOVER, DE 19904

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service:
County:
Registration No.:
ASAP Legal, LLC
404 West 4th St., Suite B
Santa Ana, CA 92701
(714) 543-5100
Ref: 31184829M1T

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 9, 2017**.

Signature: _____
GRANFILLE MORRIS

**PROOF OF SERVICE**

982(a)(23)                                                                                      Order#: 31184829/General

| DAVID A. ROBINSON, ESQ.<br>ENTERPRISE COUNSEL GROUP<br>3 Park Plaza, Suite 1400  Irvine, CA 92614<br>Attorney For: PLAINTIFFS | SBN: 107613 | FOR COURT USE ONLY |
|---|---|---|
| TELEPHONE NO.: (949) 833-8550   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): | | |
| DISTRICT COURT, LARIMER COUNTY, SATE OF COLORADO<br>STREET ADDRESS: 201 LAPORTE AVE., SUITE 100<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: FORT COLLINS, CO 80521<br>BRANCH NAME: | DATE FILED: November 15, 2017 12:56 PM<br>FILING ID: 77CAD3218E0E2<br>CASE NUMBER: 2017CV30940 | |
| Plaintiff: MCWHINNEY HOLDING COMPANY, ETC., ET AL. | | |
| Defendant: G. DAN POAG, AN INDIVIDUAL, ET AL. | | CASE NUMBER: |
| **PROOF OF SERVICE** | HEARING DATE:   DAY:   TIME:   DEPT.: | Ref No. or File No.:<br>31184831M1T |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**DISTRICT COURT CIVIL SUMMONS; COMPLAINT; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**

PARTY SERVED:   **THOMAS M. SULLIVAN, AN INDIVIDUAL ACTING AS CO-TRUSTEE OF THE JEREMY AND CHLOEE POAG 2004-GST EXEMPT TRUST**

DATE & TIME OF DELIVERY:   11/08/2017
02:26 pm

ADDRESS, CITY, AND STATE:   5900 WALNUT GROVE RD.
MEMPHIS, TN 38120

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Sworn to & subscribed before me
this _13th_
day of _nov_, 20_17_,

_Evie Rutledge_
NOTARY PUBLIC

[Notary seal: EVIE A RUTLEDGE, STATE OF TENNESSEE, NOTARY PUBLIC, RUTHERFORD COUNTY]

Fee for Service:
County:
Registration No.:
ASAP Legal, LLC
404 West 4th St., Suite B
Santa Ana, CA 92701
(714) 543-5100
Ref: 31184831M1T

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 9, 2017**.

Signature: _James D. Grady_
JAMES GRADY

**PROOF OF SERVICE**

982(a)(23)                                                                                                           Order#: 31184831/General

| DAVID A. ROBINSON, ESQ.<br>ENTERPRISE COUNSEL GROUP<br>3 Park Plaza, Suite 1400  Irvine, CA 92614<br>Attorney For: PLAINTIFFS | | SBN: 107613 | FOR COURT USE ONLY |
|---|---|---|---|
| TELEPHONE NO.: (949) 833-8550   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): | | | |
| DISTRICT COURT, LARIMER COUNTY, SATE OF COLORADO<br>STREET ADDRESS: 201 LAPORTE AVE., SUITE 100<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: FORT COLLINS, CO 80521<br>BRANCH NAME: | | DATE FILED: November 15, 2017 12:56 PM<br>FILING ID: 77CAD3218E0E2<br>CASE NUMBER: 2017CV30940 | |
| Plaintiff: MCWHINNEY HOLDING COMPANY, ETC., ET AL. | | | |
| Defendant: G. DAN POAG, AN INDIVIDUAL, ET AL. | | | CASE NUMBER: |
| **PROOF OF SERVICE** | HEARING DATE:  DAY:  TIME:  DEPT.: | | Ref No. or File No.:<br>31184834M1T |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**DISTRICT COURT CIVIL SUMMONS; COMPLAINT; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**

PARTY SERVED: **THOMAS M. SULLIVAN, AN INDIVIDUAL ACTING AS CO-TRUSTEE OF THE JEREMY AND DAN POAG 2004-GST EXEMPT TRUST**

DATE & TIME OF DELIVERY: **11/08/2017 02:26 pm**

ADDRESS, CITY, AND STATE: **5900 WALNUT GROVE RD. MEMPHIS, TN 38120**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Sworn to & subscribed before me this _13th_ Day of _Nov_, 20_17_,

_Evie Rutledge_
NOTARY PUBLIC

[Notary Seal: EVIE A RUTLEDGE, STATE OF TENNESSEE, NOTARY PUBLIC, RUTHERFORD COUNTY]

Fee for Service:
County:
Registration No.:
ASAP Legal, LLC
404 West 4th St., Suite B
Santa Ana, CA 92701
(714) 543-5100
Ref: 31184834M1T

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 9, 2017**.

Signature: _James D. Grady_
JAMES GRADY

**PROOF OF SERVICE**

982(a)(23)   Order#: 31184834/General

| DAVID A. ROBINSON, ESQ.<br>ENTERPRISE COUNSEL GROUP<br>3 Park Plaza, Suite 1400  Irvine, CA 92614<br>Attorney For: PLAINTIFFS | SBN: 107613 | FOR COURT USE ONLY |
|---|---|---|
| TELEPHONE NO.: (949) 833-8550    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): | | |
| DISTRICT COURT, LARIMER COUNTY, SATE OF COLORADO<br>STREET ADDRESS: 201 LAPORTE AVE., SUITE 100<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: FORT COLLINS, CO 80521<br>BRANCH NAME: | DATE FILED: November 15, 2017 12:56 PM<br>FILING ID: 77CAD3218E0E2<br>CASE NUMBER: 2017CV30940 | |
| Plaintiff: MCWHINNEY HOLDING COMPANY, ETC., ET AL.<br>Defendant: G. DAN POAG, AN INDIVIDUAL, ET AL. | | CASE NUMBER: |
| **PROOF OF SERVICE** | HEARING DATE:   DAY:   TIME:   DEPT.: | Ref No. or File No.:<br>31184830M1T |

**AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION**
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**DISTRICT COURT CIVIL SUMMONS; COMPLAINT; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**

PARTY SERVED: **THOMAS M. SULLIVAN, AN INDIVIDUAL ACTING AS CO-TRUSTEE OF THE JOSH AND CHLOEE POAG 2004-GST EXEMPT TRUST**

DATE & TIME OF DELIVERY: **11/08/2017**
**02:26 pm**

ADDRESS, CITY, AND STATE: **5900 WALNUT GROVE RD.**
**MEMPHIS, TN 38120**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Sworn to & subscribed before me this __13th__ Day of __Nov__, 20__17__,

_____
NOTARY PUBLIC

[Notary seal: EVIE A RUTLEDGE, STATE OF TENNESSEE NOTARY PUBLIC, RUTHERFORD COUNTY]

Fee for Service:
County:
Registration No.:
**ASAP Legal, LLC**
**404 West 4th St., Suite B**
**Santa Ana, CA 92701**
**(714) 543-5100**
**Ref: 31184830M1T**

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 9, 2017**.

Signature: _James D. Grady_
JAMES GRADY

**PROOF OF SERVICE**

982(a)(23)    Order#: 31184830/General

| DAVID A. ROBINSON, ESQ.<br>ENTERPRISE COUNSEL GROUP<br>3 Park Plaza, Suite 1400  Irvine, CA 92614<br>Attorney For: PLAINTIFFS | SBN: 107613 | FOR COURT USE ONLY |
|---|---|---|
| TELEPHONE NO.: (949) 833-8550    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): | | |

| DISTRICT COURT, LARIMER COUNTY, SATE OF COLORADO<br>STREET ADDRESS: 201 LAPORTE AVE., SUITE 100<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: FORT COLLINS, CO 80521<br>BRANCH NAME: | DATE FILED: November 15, 2017 1:03 PM<br>FILING ID: 17B4A6894A02<br>CASE NUMBER: 2017CV30940 |
|---|---|

| Plaintiff: MCWHINNEY HOLDING COMPANY, ETC., ET AL. | |
|---|---|
| Defendant: G. DAN POAG, AN INDIVIDUAL, ET AL. | CASE NUMBER: |

| PROOF OF SERVICE | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.:<br>31184833M1T |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**DISTRICT COURT CIVIL SUMMONS; COMPLAINT; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**

PARTY SERVED: **THOMAS M. SULLIVAN, AN INDIVIDUAL ACTING AS CO-TRUSTEE OF THE JOSH AND DAN POAG 2004-GST EXEMPT TRUST**

DATE & TIME OF DELIVERY: **11/08/2017**
**02:26 pm**

ADDRESS, CITY, AND STATE: **5900 WALNUT GROVE RD.**
**MEMPHIS, TN 38120**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Sworn to and subscribed before me this 15 day of NOV, 2017.
Notary Public
My Commission Expires: 8-6-20

[Notary seal: GLORIA VICTORY, STATE OF TENNESSEE, NOTARY PUBLIC, RUTHERFORD COUNTY]

Fee for Service:
County:
Registration No.:
ASAP Legal, LLC
404 West 4th St., Suite B
Santa Ana, CA 92701
(714) 543-5100
Ref: 31184833M1T

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 9, 2017**.

Signature: James D. Grady
JAMES GRADY

**PROOF OF SERVICE**

982(a)(23)                                                                                                                Order#: 31184833/General

| DAVID A. ROBINSON, ESQ.<br>ENTERPRISE COUNSEL GROUP<br>3 Park Plaza, Suite 1400  Irvine, CA 92614<br>Attorney For: PLAINTIFFS | SBN: 107613 | FOR COURT USE ONLY |
|---|---|---|
| TELEPHONE NO.: (949) 833-8550   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): | | |
| DISTRICT COURT, LARIMER COUNTY, SATE OF COLORADO<br>STREET ADDRESS: 201 LAPORTE AVE., SUITE 100<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: FORT COLLINS, CO 80521<br>BRANCH NAME: | DATE FILED: November 15, 2017 12:56 PM<br>FILING ID: 77CAD3218E0E2<br>CASE NUMBER: 2017CV30940 | |
| Plaintiff: MCWHINNEY HOLDING COMPANY, ETC., ET AL.<br>Defendant: G. DAN POAG, AN INDIVIDUAL, ET AL. | | CASE NUMBER: |
| **PROOF OF SERVICE** | HEARING DATE:   DAY:   TIME:   DEPT.: | Ref No. or File No.:<br>31184832M1T |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**DISTRICT COURT CIVIL SUMMONS; COMPLAINT; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**

PARTY SERVED: **THOMAS M. SULLIVAN, AN INDIVIDUAL ACTING AS CO-TRUSTEE OF THE MARK AND CHLOEE POAG 2004-GST EXEMPT TRUST**

DATE & TIME OF DELIVERY: **11/08/2017
02:26 pm**

ADDRESS, CITY, AND STATE: **5900 WALNUT GROVE RD.
MEMPHIS, TN 38120**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Sworn to & subscribed before me
this _13th_
Day of _Nov_, 20_17_,

_Evie Rutledge_
NOTARY PUBLIC

[Notary seal: EVIE A RUTLEDGE, STATE OF TENNESSEE NOTARY PUBLIC, RUTHERFORD COUNTY]

Fee for Service:
County:
Registration No.:
ASAP Legal, LLC
404 West 4th St., Suite B
Santa Ana, CA 92701
(714) 543-5100
Ref: 31184832M1T

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 9, 2017**.

Signature: _James D. Grady_
JAMES GRADY

**PROOF OF SERVICE**

982(a)(23)   Order#: 31184832/General

| | | | | | |
|---|---|---|---|---|---|
| DAVID A. ROBINSON, ESQ.<br>ENTERPRISE COUNSEL GROUP<br>3 Park Plaza, Suite 1400  Irvine, CA 92614<br>Attorney For: PLAINTIFFS | | SBN: 107613 | | | FOR COURT USE ONLY |
| TELEPHONE NO.: (949) 833-8550 | | FAX NO. (Optional): | | | |
| E-MAIL ADDRESS (Optional): | | | | | |
| DISTRICT COURT, LARIMER COUNTY, SATE OF COLORADO<br>STREET ADDRESS: 201 LAPORTE AVE., SUITE 100<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: FORT COLLINS, CO 80521<br>BRANCH NAME: | | | DATE FILED: November 15, 2017 12:56 PM<br>FILING ID: 77CAD3218E0E2<br>CASE NUMBER: 2017CV30940 | | |
| Plaintiff: MCWHINNEY HOLDING COMPANY, ETC., ET AL. | | | | | |
| Defendant: G. DAN POAG, AN INDIVIDUAL, ET AL. | | | | | CASE NUMBER: |
| **PROOF OF SERVICE** | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.:<br>31184835M1T |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**DISTRICT COURT CIVIL SUMMONS; COMPLAINT; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**

PARTY SERVED: **THOMAS M. SULLIVAN, AN INDIVIDUAL ACTING AS CO-TRUSTEE OF THE MARK AND DAN POAG 2004-GST EXEMPT TRUST**

DATE & TIME OF DELIVERY: **11/08/2017 02:26 pm**

ADDRESS, CITY, AND STATE: **5900 WALNUT GROVE RD. MEMPHIS, TN 38120**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Sworn to & subscribed before me this _13th_ Day of _nov_, 20_17_,

_Evie Rutledge_
NOTARY PUBLIC

[Notary Seal: EVIE A RUTLEDGE, STATE OF TENNESSEE, NOTARY PUBLIC, RUTHERFORD COUNTY]

Fee for Service:
County:
Registration No.:
**ASAP Legal, LLC**
**404 West 4th St., Suite B**
**Santa Ana, CA 92701**
**(714) 543-5100**
**Ref: 31184835M1T**

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 9, 2017**.

Signature: _James D. Grady_
JAMES GRADY

**PROOF OF SERVICE**

982(a)(23)                                                                                                               Order#: 31184835/General