# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02853-RBJ

MCWHINNEY HOLDING COMPANY LLLP, a Colorado Limited Liability Limited Partnership,
MCWHINNEY CENTERRA LIFESTYLE CENTER, LLC, a Colorado Limited Liability Company, and
CENTERRA LIFESTYLE CENTER, LLC, a Delaware Limited Liability Company,

    Plaintiffs,

v.

TERRY W. MCEWEN,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This action was tried before a jury of seven duly sworn to try the issues herein with U.S. District Judge R. Brooke Jackson presiding, and the jury has rendered a verdict. It is

ORDERED that judgment is entered in favor of the plaintiffs, McWhinney Holding Company, LLLP, McWhinney Centerra Lifestyle Center, LLC, and Centerra Lifestyle Center, LLC and against the defendant, Terry W. McEwen, as to claims of aiding and abetting breach of fiduciary duty, fraudulent concealment, fraudulent misrepresentation, and civil conspiracy. Damages were rendered by the jury in the amount of

$156,000,000 with 15% caused by Terry McEwen's misconduct and 85% caused by G. Dan Poag's and Josua Poag's misconduct.  Accordingly, the judgment amount entered against defendant Terry McEwen is $23,400,000.00 plus interest and costs in amounts to be determined.  It is

FURTHER ORDERED that as the prevailing party the plaintiffs are awarded costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that an Amended Final Judgment will be entered after consideration of pre- and post-judgment interest and the taxed costs.  The Court directs counsel to confer and to make a good faith effort to resolve these issues, but if a resolution is not achieved, to set an evidentiary hearing concerning disputes about interest and/or costs.

Dated at Denver, Colorado this 7th day of May, 2021.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ J Dynes

J DYNES
Deputy Clerk

APPROVED BY THE COURT:
s/ R. Brooke Jackson
United States District Judge