IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 17-cv-02853-RBJ

McWHINNEY HOLDING COMPANY, LLLP,
a Colorado limited liability limited partnership, et al.,

    Plaintiffs,

vs.

G. DAN POAG, an individual, et al.,

    Defendants.

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiffs McWhinney Holding Company, LLLP and McWhinney Centerra Lifestyle Center, LLC, and defendants G. Dan Poag, Joshua D. Poag, the six defendant trusts, Poag Brothers, LLC, Poag & McEwen Lifestyle Centers, LLC, Poag & McEwen Lifestyle Centers-Centerra, LLC, PM Lifestyle Shopping Centers, LLC, and Poag Lifestyle Centers, LLC (collectively, the "Parties") hereby stipulate and agree that the claims between and among them should be dismissed with prejudice, with each party to bear its own attorneys' fees, expenses and costs.

[*Signatures appear on following page*]

Dated: May 10, 2021

| | |
|---|---|
| *s/ Batya F. Forsyth* | *s/ Jennifer Lynn Peters* |
| Batya F. Forsyth (CA 192396) | Jennifer Lynn Peters, Esq. |
| Brian M. Schnarr (CA 175587) | Timothy R. Odil, Esq. |
| Anthony J. Dutra (CA 277706) | **PETERS SCHULTE ODIL &** |
| **HANSON BRIDGETT LLP** | **WALLSHEIN LLC** |
| 425 Market St., 26th Floor | 6125 Sky Pond Drive, Suite 250 |
| San Francisco, CA 94105 | Loveland, CO 80538 |
| Telephone: 415-777-3200 | Telephone: 970-330-6700 |
| Fax: 415-541-9366 | Fax: 970-672-1892 |
| Email: bschnarr@hansonbridgett.com | Email: jpeters@noco.law |
| *Attorneys for Plaintiffs* | *Attorneys for Poag & McEwen Lifestyle Centers-Centerra, LLC, Poag & McEwen Lifestyle Centers, LLC, Poag Lifestyle Centers, LLC and PM Lifestyle Shopping Centers, LLC* |

  *s/ Andrew J. Petrie*
Andrew J. Petrie
Chad Jimenez
**BALLARD SPAHR LLP**
1225 17th Street, Suite 2300
Denver, CO 80202
Telephone: 303-292-2400
Fax: 303-296-3956
Email: petriea@ballardspahr.com

*Attorneys for G. Dan Poag, Joshua D. Poag, Poag Brothers, LLC, and the six defendant generation-skipping trusts*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2021, I electronically served the foregoing by filing same via CM/ECF, the Court's electronic filing system, which will send notification of such filing to all attorneys of record:

s/ <i>Carla J. Roy</i>