IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 17-cv-02853-RBJ

**McWHINNEY HOLDING COMPANY, LLLP,**
a Colorado Limited Liability Limited Partnership,
**McWHINNEY CENTERRA LIFESTYLE CENTER, LLC,**
a Colorado Limited Liability Company, and
**CENTERRA LIFESTYLE CENTER, LLC,**
a Delaware Limited Liability Company,

    Plaintiffs,

v.

**TERRY W. McEWEN,**
an individual,

    Defendant.

___

### DEFENDANT TERRY W. McEWEN'S NOTICE OF APPEAL
___

Terry W. McEwen, by his undersigned counsel, hereby gives notice that he appeals to the United States Court of Appeals for the Tenth Circuit from the District Court's May 7, 2021 Final Judgement, ECF No. 380.

This Appeal concerns the District Court's entry of Judgment arising out of the jury's verdict of May 7, 2021, after trial in this matter.

DATED: June 4, 2021

                                                      Respectfully submitted,

                                                      /s/ *Stacey A. Campbell*
                                                      Stacey A. Campbell
                                                      CAMPBELL LITIGATION, P.C.
                                                      1410 N. High Street
                                                      Denver, Colorado 80218

Telephone: (303) 536-1833
Facsimile: (303) 536-1834
Email:  stacey@campbell-litigation.com

*Attorney for Defendant Terry W. McEwen*

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2021, I electronically filed the foregoing **DEFENDANT TERRY W. McEWEN'S NOTICE OF APPEAL** with the Clerk of this Court using the CM/ECF system, which will electronically mail notice to the following attorneys of record:

Brian Marcus Schnarr
Hanson Bridgett LLP-San Francisco
425 Market Street
26th Floor
San Francisco, CA 94105
415-777-3200
Fax: 415-541-9366
Email: bschnarr@hansonbridgett.com

Andrew John Petrie
Ballard Spahr, LLP-Denver
1225 Seventeenth Street
Suite 2300
Denver, CO 80202-5596
303-292-2400
Fax: 303-296-3956
Email: petriea@ballardspahr.com

Frank W. Visciano
Senn Visciano Canges, P.C.
1700 Lincoln Street
Suite 4300
Denver, CO 80203
303-298-1122
Fax: 303-296-9101
Email: FVisciano@SennLaw.com

/s/ *Lisa Forbes*
Lisa Forbes, Paralegal