IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02853-RBJ

MCWHINNEY HOLDING COMPANY LLLP, a Colorado Limited Liability Limited Partnership,
MCWHINNEY CENTERRA LIFESTYLE CENTER, LLC, a Colorado Limited Liability Company, and
CENTERRA LIFESTYLE CENTER, LLC, a Delaware Limited Liability Company,

    Plaintiffs,

v.

TERRY W. MCEWEN,

    Defendant.

---

**SECOND AMENDED FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This action was tried before a jury of seven duly sworn to try the issues herein with U.S. District Judge R. Brooke Jackson presiding, and the jury has rendered a verdict. According to the verdict, the ORDER of Judge R. Brooke Jackson [ECF No. 407] entered on July 19, 2021, and the text-only ORDER granting Motion to Amend Judgment [ECF No. 413] entered on September 8, 2021, it is

ORDERED that judgment is entered in favor of the plaintiffs, McWhinney Holding Company, LLLP, McWhinney Centerra Lifestyle Center, LLC, and Centerra Lifestyle Center, LLC and against the defendant, Terry W. McEwen, as to claims of aiding and

abetting breach of fiduciary duty, fraudulent concealment, fraudulent misrepresentation, and civil conspiracy.  Damages were rendered by the jury in the amount of $156,000,000 with 15% caused by Terry McEwen's misconduct and 85% caused by G. Dan Poag's and Josua Poag's misconduct.  Accordingly, the judgment amount entered against defendant Terry McEwen is $23,400,000.00.  It is

FURTHER ORDERED that as the prevailing party the plaintiffs are awarded costs in the amount of $64,149.48; $12,362,860.65 in prejudgment interest; and post-judgment interest from July 19, 2021, at $52.90 per day until the judgment is satisfied.

Dated at Denver, Colorado this 8th day of September 2021.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/  J Dynes

J DYNES
Deputy Clerk