IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   17-cv-02853-RBJ

McWhinney Holding Company LLLP;
McWhinney Centerra Lifestyle Center, LLC; and
Centerra Lifestyle Center, LLC

    Plaintiffs,

vs

Terry W. McEwen

    Defendant.

## SATISFACTION OF JUDGMENT

Judgment was rendered in favor of the above-named Plaintiffs and against the above-named Defendant in the above-entitled action on the 7th day of May, 2021, in the sum of $23,400,000, and was amended on the 19th day of July, 2021, and again on the 8th day of September, 2021, to add specified costs and pre- and post-judgment interest. The Plaintiffs hereby acknowledge satisfaction of said judgment, as amended, in full and desire to release this judgment and hereby fully and completely satisfy the same.

    MCWHINNEY HOLDING COMPANY, LLLP,
    a Colorado limited liability limited partnership

    By:    MHC GP, LLC,
              a Colorado limited liability company, General Partner
    By:    McWhinney Real Estate Services, Inc.
              a Colorado corporation, Manager

    By: _____
             Michael Ray
             EVP, General Counsel

Subscribed and sworn to me by _michael ray_ above-names this 18th day of APRIL, 2022.

SHERYL A. HONEBRINK
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20054025846
MY COMMISSION EXPIRES JUNE 30, 2025

Given under by hand and notarial seal.

6/30/2025              _Sheryl A Honebrink_
My commission expires:        Notary Public

MCWHINNEY CENTERRA LIFESTYLE CENTER, LLC,
a Colorado limited liability company

By: McWhinney Real Estate Services, Inc.,
a Colorado corporation, Manager

By: _____
Michael Ray
EVP, General Counsel

Subscribed and sworn to me by __michael Ray__ above-names, this __18th__ day of __April__, __2022__.

**SHERYL A HANEBRINK**
**NOTARY PUBLIC**
**STATE OF COLORADO**
**NOTARY ID 20054025846**
**MY COMMISSION EXPIRES JUNE 30, 2025**

Given under by hand and notarial seal.

__6/30/2025__
My commission expires:   Notary Public

CENTERRA LIFESTYLE CENTER, LLC
a Delaware limited liability company

By: McWhinney Centerra Lifestyle Center, LLC
a Colorado limited liability company, Member

By: McWhinney Real Estate Services, Inc.,
a Colorado corporation, Manager

By: _____
Michael Ray
EVP, General Counsel

Subscribed and sworn to me by __michael Ray__ above-names, this __18th__ day of __April__, __2022__.

**SHERYL A HANEBRINK**
**NOTARY PUBLIC**
**STATE OF COLORADO**
**NOTARY ID 20054025846**
**MY COMMISSION EXPIRES JUNE 30, 2025**

Given under by hand and notarial seal.

__6/30/2025__
My commission expires:   Notary Public