FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**April 19, 2022**

Christopher M. Wolpert
Clerk of Court

---

McWHINNEY HOLDING COMPANY, LLLP, a Colorado limited liability limited partnership; McWHINNEY CENTERRA LIFESTYLE CENTER, LLC, a Colorado limited liability company; CENTERRA LIFESTYLE CENTER, LLC, a Delaware limited liability company,

 Plaintiffs - Appellees,

v.

TERRY W. MCEWEN, an individual,

 Defendant - Appellant.

No. 21-1208
(D.C. No. 1:17-CV-02853-RBJ)

---

**ORDER**

---

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk