UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | | Jane K. Castro<br>Chief Deputy Clerk |

April 19, 2022

Mr. Wade P. K. Carr
Mr. Stephen R. McAllister
Dentons
4520 Main Street, Suite 1100
Kansas City, MO 64111-7700

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Mr. Adam W. Hofmann
Hanson Bridgett
425 Market Street, 26th Floor
San Francisco, CA 94105

**RE:**     **21-1208, McWhinney Holding Company, et al v. McEwen**
Dist/Ag docket: 1:17-CV-02853-RBJ

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/lg